United States District Court
District of Connecticut

Duane Ziemba

Civil Action No.
3:02 cv 258 ~~(PHCT)~~ (DFM)

VS.

Lynn Milling, et al.                October 7, 2003

Objection To Defendants Second
Motion For Protective Order

   The plaintiff strenuously objects to the defendants
Second frivolous motion for protective order from
harassing, voluminous discovery requests. It is
Outrageous, and an absurdity, that the defendants
Seek this protective order, specifically seeking
an order that they not be obligated to respond
to the plaintiffs essential discovery. The
defendants motion is tremendously frivolous and
Should be denied, due to the following reasons.

   1. This is a meritorious lawsuit, with several
legal claims. Therefore the discovery is
voluminous. This does not constitute harassing
discovery. The plaintiff has in fact only filed
essential discovery requests and at no point

(2)

in time has filed any harassing or redundant discovery requests.

2. The plaintiff has filed voluminous request for admissions, which each have attached (essential) documents, requesting for the defendants to admit to the genuiness of said documents. There are absolutely No — inappropriate or redundant discovery requests filed by the plaintiff.

3. Counsel for the defendants <u>completely fails to</u> ██████ submit any proof to this Court, showing inappropriate or redundant discovery by the plaintiff. Because there is no such proof.

4. All of the discovery filed by the plaintiff has been very carefully filed in good faith. And moreover, that this is a big, meritorious lawsuit, with several claims, that it is essential to file voluminous discovery in this case, <u>it does not constitute harassing or redundant discovery</u>, as falsely claimed by the defendants.

5. It would be extremely prejudicial to grant the defendants a protective order, and thereby deny plaintiff the essential discovery in this

(3)

case.

6. <u>Until</u> counsel for the defendants provides to this honorable Court, proof of inappropriate or redundant discovery filed by the plaintiff, it will be a travesty of justice to grant any protective order to the defendants.

Wherefore, for all of the foregoing reasons the defendants motion for a protective order should be denied.

Respectfully Submitted

Duane Ziemba

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of October, 2003:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba