O2CV258 mo dft

## United States District Court FILED
## District Of Connecticut

2003 OCT 17 P 4: 06

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02 cv 258 (DFM) |
| VS. | |
| | |
| Lynn Milling, et al. | October 13, 2003 |

### Plaintiff's Motion For Default
### Against The Defendants

The plaintiff respectfully moves this honorable Court to enter a default judgment against the defendants, for the following reasons.

By order of the Court [doc.#46] dated August 6, 2003, the defendants were ordered to file an answer or other reply to the second amended complaint within thirty days of the date of this order.

The record reflects that the defendants have failed to file an answer or other reply, or plead or otherwise defend as required by law. Default Should therefore be entered against

(2)

the defendants. However, please note, that the plaintiff does not wish to win this lawsuit by default, but by the merit of the case. Therefore, he thinks its reasonable that the defendants be afforded another 30 days to file an answer/reply. Before a default judgment is entered. ————————→ Accordingly, this ruling is left to this honorable Court.

Wherefore, a default judgment should be entered against the defendants.

Respectfully Submitted
Duane Ziemba / Duane Ziemba #128963
Northern CI, P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of October, 2003:

Lynn D. Wittebrink
Assistant Attorney General
110 Sherman St,
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba