FILED

**UNITED STATES DISTRICT COURT**

2003 OCT 17 P 4: 05

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV258(DFM) |
| v. | : | |
| Lynn Milling, et al | : | October 16, 2003 |

### DEFENDANTS' THIRD MOTION FOR PROTECTIVE ORDER FROM HARASSING, VOLUMINOUS DISCOVERY REQUESTS

The defendants filed a Motion for Protective Order on October 3, 2003, as to 15 specific discovery requests of plaintiff's. Since that time, the defendants have received an additional set of discovery requests/Requests for Admissions. Accordingly, and for all of the reasons set forth in the previous motion, the defendants move for a Protective Order from all further discovery by the plaintiff. The defendants note that, in addition to material already described as having been produced by the defendants, an additional 3-4 inches of documents possibly responsive to his requests.

Counsel once again urges this Court to grant the defendants' Motion for Protective Order in order that she can pay attention to other cases and be relieved from the onerous obligations of responding to just one plaintiff's discovery requests.

DEFENDANTS
Lynn Milling, et al.


RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of October 2003:

Duane Ziemba, # 128963
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
Lynn D. Wittenbrink
Assistant Attorney General

2