UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 22 P 12: 06

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER<br>3:02CV258(DFM) |
| v. | : | |
| Lynn Milling, et al | : | October 21, 2003 |

**DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT**

The defendants hereby answer the plaintiff's specious allegations in the Second Amended Complaint dated March 25, 2003 in correspondingly numbered paragraphs.

1. Denied

2. The defendants are without sufficient information upon which to form a belief and therefore leave the plaintiff to his proof;

3. The defendants are without sufficient information upon which to form a belief and therefore leave the plaintiff to his proof;

4-7. Admitted.

8. The defendants admit that at some times relevant to the Second Amended Complaint, the defendant Myers was the Warden of Northern Correctional Institution (hereinafter "Northern").

9-12. Admitted.

13. Admitted.

14-16. Denied

17. Admitted.

18-26. Denied

27.    Admitted

28-40. Denied

41.    Admitted

42-56. Denied

Affirmative Defenses:

First Affirmative Defense:

The plaintiff fails to state a claim upon which relief can be granted.

Second Affirmative Defense:

The plaintiff failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act.

Third Affirmative Defense

Each and every defendant in this action is entitled to qualified immunity.

Fourth Affirmative Defense

The Prison Litigation Reform Act prohibits plaintiff from recovering as to some of his allegations as he failed to allege a physical injury.

Fifth Administrative Directive

The Eleventh Amendment provides immunity.

Sixth Affirmative Defense

The plaintiff's claims are precluded by Conn. Gen. Stat. §§ 4-141 through 4-164 and § 4-165.

Seventh Affirmative Defense

The defendants do not have sufficient personal involvement in any constitutional violations alleged.

Eighth Affirmative Defense

The plaintiff's claims are barred by the doctrines of collateral estoppel, res judicata and prior pending action.

DEFENDANTS
Lynn Milling, et al
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of October 2003:

Duane Ziemba, # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

Lynn D. Wittenbrink
Assistant Attorney General