## United States District Court
## District Of Connecticut

Duane Ziemba

Civil Action No.
3:02 cv 258 (DFM)

Vs.

Lynn Milling, et al.

October 21, 2003

## Plaintiffs Objection To Defendants
## Third Motion For Protective Order

The plaintiff, once again, strenuously objects to the defendants frivolous motion(s) for a protective order. The plaintiff <u>Has Not</u> filed any form of harassing discovery, or any inappropriate discovery, or any redundant discovery.

This lawsuit is a very substantial and meritorious lawsuit. Therefore the discovery is voluminous. Solely because the discovery is voluminous does not constitute harassing discovery. Furthermore, counsel for the defendants has completely failed to provide proof to support that the plaintiff has filed any harassing, inappropriate, or

(2)

redundant discovery. Because there is no proof. All of the discovery filed by the plaintiff has been filed in good faith and is essential discovery. Therefore it will be extremely prejudicial to grant the defendants a protective order. And also a travesty of justice, due to granting the defendants a protective order will unjustly deny the plaintiff the essential discovery in this case.

Wherefore, for the foregoing reasons the defendants motion should be denied.

Respectfully Submitted
Duane Ziemba
Duane Ziemba #128963
Northern C.I. Box 665
Somers, CT. 06071

Certification
I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of October, 2003:

Lynn D. Wittenbrink—A.A.G.
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba