<u>United States District Court</u>
<u>District of Connecticut</u>

FILED
2003 NOV -6 P 4: 11
US DISTRICT COURT
BRIDGEPORT

Duane Ziemba

v.

Lynn Milling, et al.

Civil Action No.
3:02 CV 258 (DFM)

October 29, 2003

<u>Motion For Leave To File Amended Complaint</u>

Pursuant to Fed.R.Civ.P. 15(a), the plaintiff hereby respectfully moves this honorable Court for permission to file the attached Third Amended Complaint.

Instead of filing a new lawsuit, accordingly the plaintiff has amended his complaint adding the relevant and related claims of retaliation and the Constitutional violations which took place since the filing of this action.

Seven new defendants are added: Lantz, Rodriguz, Coyle, Murphy, Murray, Hall, and Johnson.

The proposed third amended complaint differs from the currently operative complaint in the

(2

following ways: It adds defendant Coyle as a defendant who was involved in the retaliatory transfer of the plaintiff to Nevada on January 20, 2000 and the claims following. With Emphasis: the claim of the retaliatory transfer to Nevada was in fact a continuing Constitutional violation up to March 28, 2002 when plaintiff was returned to Connecticut. Therefore the Statutes of Limitations did-not start until on March 28, 2002 involving this violation. And defendant Coyle may be added.

With respect to the added defendants Lantz, Rodriguz, Murphy, Murray, Hall and Johnson. They are added pertaining to the violations which <u>continued</u> once plaintiff was returned to Connecticut on March 28, 2002.

There can be no prejudice to the defendants from the granting of this request, but there would be profound injury to the plaintiff if the claims set forth in the proposed amended complaint are not allowed to proceed. Rule 15(a) requires that a Court's permission to amend a pleading "Shall be freely given when justice requires," <u>Kim v. Convent of the Sacred Heart</u>, 1998 US. Dist. LEXIS 6692 3 (D. Conn. 1998) (quoting F.R.C.P. 15(a));

Conntect, Inc. v. Turbotect, Ltd., 1998 U.S. Dist. LEXIS 2354 5 (D. Conn. 1989). Justice requires amendment of the Complaint in this case.

Wherefore, this honorable Court should grant plaintiff leave to file the attached proposed third amended complaint.

Respectfully Submitted
Duane Ziemba
Duane Ziemba # 128963
Northern CI.
P.C. Box 665
Somers, CT. 06071

### Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of October, 2003:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba