<u>United States District Court</u>     FILED
<u>District Of Connecticut</u>
                                         2003 NOV 17  P 4:55

Duane Zienba                    Civil Action No.
                                3:02 cv 258 (DFM)
VS.

Lynn Milling, et al.            November 11, 2003

## Motion Compelling Discovery

Pursuant to Rule 37, Fed. R. Civ. P., the plaintiff respectfully moves for an order compelling defendant Larry Myers to date, sign, and to have his counsel sign — his responses to plaintiff's interrogatories dated December 30, 2002.

The plaintiff filed interrogatories on defendant Myers dated December 30, 2002. Defendant Myers filed undated responses on or about October 5, 2003. Attachment A-1. In addition to these responses being undated, they are not signed by counsel or this defendant. Thus, in complete violation of Rule 26, 33 and 37, Fed. R. Civ. P.

The plaintiff by a letter to counsel dated October 5, 2003, in good faith informally attempted to resolve this discovery matter. Attachment A-2.

Counsel for the defendants has failed and refused to informally resolve this matter.

Wherefore, this honorable Court should grant this motion compelling discovery.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I. P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed on this 10th day of November, 2003.

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba #128963

— 2 —