United States District Court
District of Connecticut

FILED
2003 NOV 21 A 7:37
US DISTRICT COURT
BRIDGEPORT CT

Duane Ziemba

vs.

Lynn Milling, et al,

Civil Action No.
3:02 cv 258 (DFM)

November 20, 2003

## Second Response To Defendants Memorandum In Opposition To Motion To File Third Amended Complaint

### I. Facts

1. By motion dated October 29, 2003 plaintiff moved to file a proposed Third Amended Complaint;

2. Defendants thereafter filed a Memorandum in Opposition dated November 7, 2003;

3. In return plaintiff filed a response dated November 15, 2003;

4. Now recently the defendants filed a repetitive Memorandum in Opposition dated November 13, 2003.

## II. Argument

The plaintiffs first response dated November 15, 2003 respectfully requests oral argument in order for him to be able to thoroughly argue his motion for leave to amend. Respectfully the plaintiff stands by his first response filed.
→ Please, let this honorable court be aware of the fact that counsel for the defendants memorandum in opposition dated November 7 and 13, 2003 are repetitive to circumvent the proceedings.

Respectfully Submitted
Duane Zienba /Duane Zienba
Northern C.I. P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of November, 2003:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Zienba
Duane Zienba