FILED

UNITED STATES DISTRICT COURT

2004 FEB -5  P 4: 37

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02cv0258(DFM) |
| v. | : | |
| Lynn Milling, et al | : | February 4, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including March 8, 2004, within which to file a dispositive motion. In support of this motion, the defendants represent the following:

1. On August 8, 2003, this Court entered a scheduling order with a variety of deadlines, including a deadline for dispositive motions to be filed on December 8, 2003. Since that time, the plaintiff has moved to amend his complaint for a third time, and that motion is currently pending with this Court. It would be most beneficial if the status of the operative complaint were determined prior to the filing a Motion for Summary Judgment;

2. This is the third motion for an extension of time within which to file a Motion for Summary Judgment that has been filed in this case. The second motion as well as this motion were both filed since the plaintiff moved to amend his complaint;

3. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

4. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
Lynn Milling, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 4th day of February 2004:

Duane Ziemba
# 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Lynn D. Wittenbrink
Assistant Attorney General