<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2004 JUN 30 P 4: 33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Zienba | Civil Action No.
              | 3:02 cv 258 (DFM)
vs.           |
Lynn Milling, et al. | June 25, 2004

<u>Plaintiff's Motion To Withdraw
Motion For Leave To File Third
Amended Complaint</u>

The plaintiff hereby respectfully moves to withdraw his motion for leave to file third amended complaint. Due to it is and will delay resolution of this case.

Wherefore, this honorable Court should grant plaintiff permission to withdraw motion for leave to amend.

Respectfully Submitted
Duane Zienba/Duane Zienba
Northern C.I. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of June 2004:

Lynn D. Witterbrink
Assistant Attorney General
110 Sherman Street
Hartfort, CT. 06105

By: *Duane Ziemba*
Duane Ziemba