United States District Court
District Of Connecticut

Duane Ziemba | Civil Action No.
              | 3:02 cv 258 (DFM)
Vs.           |
              |
Lynn Milling, et al. | July 19, 2004

## Motion For Withdrawal Of Motion For Leave To Amend

The plaintiff respectfully moves this honorable Court for permission to withdraw his motion for leave to file third amended complaint. Because ultimately it is and it will delay the resolution of this case.

Wherefore, permission to withdraw the motion for leave to amend should be granted.

Respectfully Submitted
Duane Ziemba
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of July 2004:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba