UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUANE ZIEMBA

v.  PRISONER CASE NO.
3:02-cv-258 (DFM)

LYNN MILLING, ET AL.

## RULING AND ORDER

Pending are six motions filed by the defendants and four motions filed by the plaintiff. The court will address the plaintiff's motions first.

I. Motion for Entry of Default [doc. # 54]

The plaintiff seeks to default the defendants for failure to plead to his second amended complaint. The defendants filed an answer to the second amended complaint on October 22, 2003. Because the defendants are not in default, the plaintiff's motion is denied.

II. Motion to Compel [doc. # 60]

The plaintiff states that defendant Myers' answers to his December 30, 2002 Interrogatories, are not signed or dated by defendant Myers or his attorney. On October 5, 2003, the plaintiff sent a letter to counsel for defendant Myers seeking to resolve this problem. The plaintiff claims that counsel did not respond. Defendant Myers has not filed a response to the motion to compel. Accordingly, the plaintiff's motion to compel is granted absent objection. Defendant Myers shall send the plaintiff signed and dated answers to the plaintiff's December 30, 2002 Interrogatories

within twenty days of the date of this order.

III. <u>Motion to Withdraw Motion for Leave to Amend [doc. # 67]</u>
     <u>Motion for Leave to File an Amended Complaint [doc. # 58]</u>

The plaintiff seeks to withdraw his motion for leave to file a third amended complaint. The motion to withdraw is granted. The Clerk is directed to terminate the Motion for Leave to File an Amended Complaint [doc. # 58].

The parties are directed to file any motions for summary judgment within thirty days of the date of this order.

IV. <u>Motions for Extension of Time [docs. ## 48, 63, 65, 66]</u>

In the first motion, the defendants seek a thirty day extension of time to respond to all outstanding discovery requests filed by the plaintiff from February 25, 2003 through October 5, 2003. The motion is granted *nunc pro tunc*.

In the second, third and fourth motions, the defendants seek extensions of time to file a motion for summary judgment. In view of the court's order above directing the parties to file any motions for summary judgment within thirty days of the date of this order, the motions for extension of time are denied as moot.

V. <u>Motions for Protective Order [docs. ## 51, 55]</u>

The defendants seek an order protecting them from responding to at least fifteen discovery requests served on them by the plaintiff in the month of September and the first half of October 2003. The defendants contend that these various discovery requests are repetitive and are intended to harass, annoy and embarrass

them. The defendants contend that they have already responded to numerous discovery requests served upon them by the plaintiff.

The defendants have not submitted any copies of the September and October discovery requests with their motions for protective order. See Local Rule 37(a)3, D. Conn. L. Civ. R. (Memoranda . . . shall be filed with the Clerk . . . before any discovery motion is heard by the Court. . . . Every memorandum shall include, as exhibits, copies of the discovery requests in dispute.") Without the September and October discovery requests and any prior discovery requests, the court cannot discern whether the September and October discovery requests are redundant or intended to harass and annoy the defendants. In addition, counsel for the defendants has not submitted an affidavit certifying that she has conferred with the plaintiff in an effort to resolve this discovery dispute. See Fed. R. Civ. P. 26(c) ("Protective Orders. Upon motion by a party . . . accompanied by a certification that the movant has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action, . . ."). Accordingly, the motions for protective order are denied without prejudice.

VI. **Conclusion**

The Motion for Default [doc. # 54] is **DENIED**. The Motion to Compel [doc. # 60] is **GRANTED**. Defendant Myers shall send the plaintiff signed and dated answers to the plaintiff's December 30, 2002 Interrogatories within twenty days of the date of this order.

The Motion to Withdraw [**doc. # 67**] the Motion for Leave to Amend is GRANTED. The Clerk is directed to terminate the Motion for Leave to File a Third Amended Complaint [**doc. # 58**]. The Motion for Extension of Time [**doc. # 48**] is **GRANTED** *nunc pro tunc*. The Motions for Extension of Time [**docs. ## 63, 65, 66**] are **DENIED** as moot. The Motions for Protective Order [**docs. ## 51, 55**] are **DENIED** without prejudice.

The parties are directed to file any motions for summary judgment within thirty days of the date of this order. If no motions are filed, the case will be set down for trial.

**SO ORDERED** at Hartford, Connecticut, this 29th day of September, 2004.

_____
Donna F. Martinez
United States Magistrate Judge