UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV0258(DFM) |
| v. | : | |
| Lynn Milling, et al | : | October 29, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

On September 29, 2004, the Court ordered that the defendants in the above-captioned matter file their Motion for Summary Judgment by this date. However, discovery in this matter is continuing. Since this Court's order, defendants have responded to six sets of discovery issued by the plaintiff in this matter[1], and there are still additional seemingly never-ending requests from the plaintiff that require a response. Accordingly, the defendants seek an additional 45 days within which to respond to plaintiff's discovery, up to and including December 14, 2004. In support of this motion, the defendants represent that this is the first motion to extend the Court's order dated September 29, 2004, although there have been previous summary judgment deadlines. The undersigned counsel further represents that she has been extremely busy this past month with numerous matters, including another matter by the plaintiff Ziemba which has

---

[1] Specifically, the defendants have responded to Interrogatories directed towards the defendant Larry Myers, who is retired on October 17, 2004; Requests for Admissions directed to the defendant Lynn Milling on September 29, 2004; a *Sixteenth* set of Requests for Admissions directed to the defendant John Armstrong on October 21, 2004; another, separate Request for Admissions directed to the defendants John Armstrong on October 21, 2004; Production Requests directed to all defendants on October 21, 2004; and another separate set of Requests for Admissions directed to the defendant Milling on October 26, 2004

necessitated responding to at least 7 sets of discovery in the past month.[2]   She is scheduled to start a trial at the end of November in Bridgeport federal court.

Due to his incarceration, the plaintiff has not been consulted to determine his position with regard to this matter.

WHEREFORE, the defendants respectfully submit that due to the multiple discovery requests of the plaintiff and the press of this and other matters in state and federal courts and administrative agencies, more timely response is most difficult.

---

[2]   Specifically, in a matter entitled *Ziemba v. John Armstrong,* 3:02CV2185(DJS), the defendants, through undersigned counsel, responded to Requests for Admissions directed to John Armstrong on Oct. 26, 2004;  Production Requests on October 25, 2004; discovery requests issued to the following defendants:  Coates, Tokarz, another to Coates and Whidden, Requests for Admissions directed to defendant Wollenhaupt on October 18, 2004 and Production Requests on October 4 as well as Interrogatories  directed to the defendant Matos on September 29, 2004.

```
                                        DEFENDANTS
                                        Lynn Milling, et al

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                                BY:     /s/_____
                                        Lynn D. Wittenbrink
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Federal Bar #ct08575
                                        E-Mail:  lynn.wittenbrink@po.state.ct.us
                                        Tel.:  (860) 808-5450
                                        Fax:  (860) 808-5591
```

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of October 2004:

Duane Ziemba, Inmate #128963
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT  06071

```
                                        /s/_____
                                        Lynn D. Wittenbrink
                                        Assistant Attorney General
```