## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV0258(DFM) |
| v. | : | |
| Lynn Milling, et al | : | October 29, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY

On September 29, 2004, the Court ordered that the defendants in the above-captioned matter respond to the plaintiff's outstanding discovery. Since that time, defendants have responded to six sets of discovery issued by the plaintiff in this matter[1], and there are still additional seemingly never-ending requests from the plaintiff that require a response. Accordingly, the defendants seek an additional 30 days within which to respond to plaintiff's discovery, up to and including November 28, 2004. In support of this motion, the defendants represent that this is the first motion to extend the Court's order dated September 29, 2004, although there have been previous discovery deadlines. The undersigned counsel further represents that she has been extremely busy this past month with numerous matters, including

---

[1]    Specifically, the defendants have responded to Interrogatories directed towards the defendant Larry Myers, who is retired on October 17, 2004; Requests for Admissions directed to the defendant Lynn Milling on September 29, 2004; a *Sixteenth* set of Requests for Admissions directed to the defendant John Armstrong on October 21, 2004; another, separate Request for Admissions directed to the defendants John Armstrong on October 21, 2004; Production Requests directed to all defendants on October 21, 2004; and another separate set of Requests for Admissions directed to the defendant Milling on October 26, 2004

another matter by the plaintiff Ziemba which has necessitated responding to at least 7 sets of

discovery in the past month.[2]

Due to his incarceration, the plaintiff has not been consulted to determine his position

with regard to this matter.

WHEREFORE, the defendants respectfully submit that due to the multiple discovery

requests of the plaintiff and the press of this and other matters in state and federal courts and

administrative agencies, more timely response is most difficult.

---

[2]     Specifically, in a matter entitled *Ziemba v. John Armstrong,* 3:02CV2185(DJS), the
defendants, through undersigned counsel, responded to Requests for Admissions directed to John
Armstrong on Oct. 26, 2004;  Production Requests on October 25, 2004; discovery requests
issued to the following defendants:  Coates, Tokarz, another to Coates and Whidden, Requests
for Admissions directed to defendant Wollenhaupt on October 18, 2004 and Production Requests
on October 4 as well as Interrogatories  directed to the defendant Matos on September 29, 2004.

DEFENDANTS
Lynn Milling, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    __/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
E-Mail:  lynn.wittenbrink@po.state.ct.us
Tel.:  (860) 808-5450
Fax:  (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day

of October 2004:

Duane Ziemba, Inmate #128963
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT  06071


__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General

3