## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV0258(DFM) |
| v. | : | |
| Lynn Milling, et al | : | November 29, 2004 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

The defendants seek an additional 30 days within which to respond to plaintiff's discovery, up to and including December 29, 2004. In support of this motion, the defendants represent that this is the second motion to extend the Court's order dated September 29, 2004, although there have been previous discovery deadlines. The undersigned counsel further represents that she has been extremely busy this past month with numerous matters as well as the prodigious discovery in this matter alone.

In the past 30 days, the defendants in this matter, by and through the undersigned counsel, have responded to the following requests of the plaintiff. :

    Set of Requests for Admissions directed to John Armstrong dated September 21, 2003

    A different set of Request for Admissions directed to John Armstrong, also dated September 21, 2003

    Yet another set of Request for Admissions directed to John Armstrong dated September 19, 2003

    Yet another set of Request for Admissions directed to John Armstrong dated September 22, 2003

      Yet another set of Request for Admissions directed to John Armstrong dated September 20, 2003

      Yet another set of Request for Admissions directed to John Armstrong dated July 19, 2004

      Additional requests by this extremely litigious *pro se* inmate plaintiff remain outstanding. The defendants have long maintained that this discovery constitutes recreational litigation for the plaintiff.

      Due to his incarceration, the plaintiff has not been consulted to determine his position with regard to this matter.

      WHEREFORE, the defendants respectfully submit that due to the multiple discovery requests of the plaintiff and the press of this and other matters in state and federal courts and administrative agencies, more timely response is most difficult.

                    DEFENDANTS
                    Lynn Milling, et al

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL


BY:    /s/_____
       Lynn D. Wittenbrink
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct08575
       E-Mail:  lynn.wittenbrink@po.state.ct.us
       Tel.:  (860) 808-5450
       Fax:  (860) 808-5591


## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of November 2004:

Duane Ziemba, Inmate #128963
Garner Correctional Institution
50 Nunnawauk Rd.
P.O. Box 5500
Newtown, CT  06470



                                             /s/_____
                                             Lynn D. Wittenbrink
                                             Assistant Attorney General