UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 10 A 9:08
U.S. DISTRICT COURT
HARTFORD, CT.

DUANE ZIEMBA

v.

LYNN MILLING, ET AL.

PRISONER CASE NO.
3:02-cv-258 (DFM)

### RULING AND ORDER

Plaintiff's renewed Motion to Withdraw Motion for Leave to Amend [**doc. # 68**] is **DENIED** as moot. The plaintiff has already withdrawn his motion for leave to file an amended complaint. The defendants' Motion for Extension of Time [**doc. # 70**] until December 14, 2004 to file a motion for summary judgment is **GRANTED**. The Motion for Extension of Time [**doc. # 71**] until November 28, 2004 to complete discovery is **GRANTED** *nunc pro tunc.*

**SO ORDERED** at Hartford, Connecticut, this 9th day of December, 2004.

Donna F. Martinez
United States Magistrate Judge