UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | | NO. 3:02CV0258(DFM) |
| VS. | : | |
| LYNN MILLING, ET AL. | : | DECEMBER 14, 2004 |

### MOTION FOR EXTENSION OF TIME TO
### FILE SUMMARY JUDGMENT MOTION

The defendants respectfully seek additional time within which to file a Motion for Summary Judgment in this matter up to and including January 13, 2005. In support of this motion, the defendants represent the following:

1. The defendants response to voluminous discovery in this matter has been ongoing. In addition, the undersigned counsel has been extremely busy with numerous matters demanding her attention. The undersigned counsel anticipates some more quiet workdays over the holidays during which to prepare this motion;

2. This is the second motion to extend the summary judgment deadline in this matter; and

3. Due to his incarceration, the plaintiff has not been consulted with in an effort to determine his position with regard to this motion.

        DEFENDANTS,
        Lynn Milling, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:    /s/
        Lynn D. Wittenbrink
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar No. ct08575
        lynn.wittenbrink@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of December 2004:

Duane Ziemba, Inmate No. 128963
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown CT   06470

    /s/
Lynn D. Wittenbrink
Assistant Attorney General