**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV0258(DFM) |
| VS. | : | |
| | : | |
| LYNN MILLING, ET AL. | : | DECEMBER 22, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION FOR SUMMARY JUDGMENT**

1. The defendants in the above-captioned matter respectfully move for an extension of time until January 15, 2004 within which to file their motion in this matter. The undersigned counsel is anticipating some quiet time during the holidays to work on this matter.

2. This is at least the fourth motion to extend this deadline in this matter in which the plaintiff has filed over 30 sets of discovery.

3. Due to his incarceration, the plaintiff has not been consulted in an effort to determine his position with regard to this motion.

DEFENDANTS,
Lynn Milling, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of December, 2004 to:

Duane Ziemba, Inmate No. 128963
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown CT   06470

   /s/
Lynn D. Wittenbrink
Assistant Attorney General