**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

DUANE ZIEMBA                    :        PRISONER
                                         NO. 3:02CV0258(DFM)
        VS.                     :

LYNN MILLING, ET AL.            :        JANUARY 18, 2005

## MOTION FOR EXTENSION OF TIME TO
## FILE SUMMARY JUDGMENT MOTION

The defendants respectfully seek additional time within which to file a Motion for Summary Judgment in this matter up to and including February 18, 2005.  In support of this motion, the defendants represent the following:

1.    The defendants have finally finished responding to the voluminous discovery requests of various sorts propounded by the plaintiff in this matter.  The undersigned counsel was anticipating time to work on this matter but, although she is not personally involved, the Office of the Attorney General and her Department in particular, have been responding to a flurry of rushed litigation in both state and federal court and a public agency related to an execution scheduled for later this month.  The undersigned counsel has had to take over several matters for counsel working on litigation related to the execution that was unanticipated.  She is scheduled for trial before the Honorable Judge Fitzsimmons starting February 1, 2005, in another matter and is scheduled for a one day trial in state court on January 28, 2005.

2.      This is the third motion to extend the summary judgment deadline in this matter; and

3.      Due to his incarceration, the plaintiff has not been consulted with in an effort to determine his position with regard to this motion.

DEFENDANTS,
Lynn Milling, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:     ___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day

of January 2005:

Duane Ziemba, Inmate No. 128963
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown CT   06470


      /s/
Lynn D. Wittenbrink
Assistant Attorney General