<u>United States District Court</u>
<u>District Of Connecticut</u>

Duane Ziemba | Civil Action No.
             | 3:02 cv 258 (DFM)
vs.          |
             |
Lynn Milling, et al. | January 24, 2005

FILED
2005 JAN 31 P 4:40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

<u>Objection To Defendants' Fifth</u>
<u>Motion For Extension Of Time To</u>
<u>File For Summary Judgment</u>

The plaintiff hereby strenuously opposes the defendants' outrageous fifth motion seeking an extension of time to file for summary judgment. In support of this meritorious objection, the plaintiff represents the following facts:

1. In bad faith to circumvent the proceedings of this serious case, the defendants have (for over a year) filed five (5) motions for extensions of time to allegedly file a summary judgment motion. The record reflects that the five (5) said motions are dated: November 26, 2003, January 7, 2004, February

4, 2004, December 4, 2004 and January 18, 2005.

2. In the present motion dated January 18, 2005 at No. 2 counsel for the defendants has deliberately misrepresented to this Court that: "this is the third motion to extend the summary judgment deadline in this matter" (but it is clearly the fifth).

3. The deadline for filing a motion for summary judgment was up on December 8, 2003. The plaintiff did not object to the defendants' 1st, 2nd, 3rd or 4th motion for an extension of time. However, now at the 5th motion filed by the defendants' seeking yet another extension of time, plaintiff does object. This 5th motion is outrageous and is extremely prejudicial to the plaintiff and in the name of justice.

Wherefore, the defendants' motion should be denied and this old case set down for trial.

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 24 day of January 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
    Duane Ziemba

#3