United States District Court
District Of Connecticut

**FILED**
2005 JAN 31 P 4:40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

vs.

Lynn Milling, et al.

Civil Action No.
3:02 cv 258 (DFM)

January 24, 2005

## Plaintiff's Motion Requesting Pre Trial Memorandum To Be Ordered

The plaintiff hereby respectfully moves this honorable Court to order the parties to submit their trial memorandums, in support of this motion, the plaintiff represents the following:

1. The defendants have had well over a year to move for summary judgment, but have failed and refused to do so.

2. This old case is ready for resolution through trial.

3. Justice should require the timely resolution of this meritorious case with

out any further excuses, delays or continuances by the defendants.

Wherefore, for the foregoing reasons this Court should order the trial memorandums to ensue.

Respectfully Submitted
Duane Ziemba / Duane Ziemba
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to following this 24th day of January 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba