## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | 3:02CV0258(DFM) |
| v. | : | |
| Lynn Milling, et al | : | February 17, 2005 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56, the defendants in the above-captioned matter hereby move for summary judgment in their favor as to all counts and as to all defendants. In support of this motion, the defendants provide the Court with documentary evidence, Affidavits, a Memorandum of Law, and a Statement of Material Facts Not in Dispute.

DEFENDANTS,
Lynn Milling, et al
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.  (860) 808-5450
Fax No. (860) 808-5450
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of February 2005:

Inmate Duane Ziemba.
#128963
Garner Correctional Institution
P.O. Box 5500
Newtown, CT
06470

    /s/
Lynn D. Wittenbrink
Assistant Attorney General