**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV0258(DFM) |
| VS. | : | |
| | : | |
| LYNN MILLING, ET AL. | : | FEBRUARY 17, 2005 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, **LYNN MILLING, ET AL.**, have manually filed the attached Exhibits A through BB, as well as two caselaw attachments, all annexed to the Memorandum of Law.

These documents have been filed electronically because:

[ X ]   The documents cannot be converted to an electronic format.
[   ]   The electronic file size of the document exceeds 1.5 megabytes.
[   ]   The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                    DEFENDANTS,
                    Lynn Milling, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:___/s/_____
    Lynn D. Wittenbrink
    Assistant Attorney General
    Federal Bar No. ct08575
    110 Sherman Street
    Hartford, CT  06105
    Telephone No. (860) 808-5450
    Fax No. (860) 808-5591
    lynn.wittenbrink@po.state.ct.us

# ZIEMBA / MILLING EXHIBITS A THROUGH Y

| | | |
|---|---|---|
| A | = | RT60 |
| B | = | 01/13/00 Letter – Milling to Myers |
| C | = | RT50 Screen (Trying to Replace) |
| D | = | RT67 |
| E | = | Portions of Inmate File |
| F | = | Admin. Seg. Package |
| G | = | 03/31/99 Letter – Dudley to Levesque |
| H | = | Affidavit of Lynn Milling |
| I | = | State Of Connecticut Trial List |
| J | = | Federal Court List |
| K | = | Federal Court Docket Sheets |
| L | = | Transfer Request Package |
| M | = | Transfer Request Correspondence |
| N | = | Transfer of Communications |
| O | = | Affidavit of Fred Levesque |
| P | = | Affidavit of John Armstrong |
| Q | = | April 5, 2002 Letter |
| R | = | 08/17/99 Letter |
| S | = | 10/14/99 Letter |
| T | = | Medical Records |
| U | = | Affidavit of Dr. Edward Blanchette |
| V | = | Transport Request Package |
| W | = | 12/28/00 Correspondence – Paula Miller to Tracy Hartshorn |
| X | = | Affidavit of Patricia Wollenhaupt |
| Y | = | Inmate Handbook for Inmates Incarcerated out of State of Connecticut |
| Z | = | Milling Exhaustion Affidavit |
| AA | = | Case Detail |
| BB | = | Grievance Package |

# CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 17th, day of February, 2005 to:

Duane Ziemba, Inmate No. 128963
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT  06470

   /s/
Lynn D. Wittenbrink
Assistant Attorney General