<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2005 FEB 24  P 4:35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba | Civil Action No.
              | 3:02 cv 258 (DFM)
vs.           |
              |
Lynn Milling, et al. | February 18, 2005

<u>Plaintiff's Motion In Opposition To</u>
<u>Defendants' Motion For Summary</u>
<u>Judgment</u>

On September 10, 2004 and November 4, 2004 the defendants and their fellow employees, in fact, in blatant retaliation ripped up and stole my essential legal material property pertaining to this pending action (and others). Notwithstanding my filing complaints, letters and grievances with the appropriate Department of Correction prison officials - to date my stolen legal material has not been returned to me.

Therefore it is not possible for me to now oppose the defendants' Motion for Summary

judgment. Please let the record reflect that I did have overwhelming, credible, material, facts and evidence to oppose and prevail against Summary judgment. All of which was destroyed intentionally, and stolen intentionally, and to date intentionally not returned to me.

Wherefore, please let this honorable Court reflect these facts in its ruling on the defendants' motion for Summary judgment.

Respectfully Submitted
*Duane Ziemba* / Duane Ziemba
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of February 2005:

Lynn. D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba