United States District Court
District Of Connecticut

FILED

2005 MAR -7 P 4: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

vs.

Lynn Milling, et al.

Civil Action No.
3:02 cv 258 (DFM)

March 3, 2005

## Plaintiff's Motion For Extension Of Time To File A Supplemental Response To Defendants' Motion For Summary Judgment

The plaintiff hereby respectfully moves for a 30 day extension of time up to and including April 17, 2005 to file a supplemental response to the defendants' pending motion for summary judgment, in support of this motion plaintiff represents the following:

1. By motion dated February 17, 2005 the defendants moved for summary judgment.

2. On February 18, 2005 plaintiff filed a two (2) page motion in opposition stating how due to his legal material property being ripped up and stolen it is not possible for him to now oppose

the defendants' motion for summary judgment.

3. The defendants have just filed a "reply to (the above) plaintiff's motion in opposition to defendants' motion for summary judgment," four (4) pages and dated February 28, 2005.

4. In light of the defendants' "reply", it is legally essential for the plaintiff to file a supplemental response to the defendants' motion for summary judgment, with affidavits in support, and other documentary evidence. In order for the plaintiff to draft the motion, the affidavits to be completed and notarized, and copies to be made the plaintiff needs an extension of time up until April 17, 2005.

Wherefore, a 30 day extension of time up until April 17, 2005 is respectfully requested.

    Respectfully Submitted
    *Duane Ziemba*
    Duane Ziemba #128963
    Garner C.I.
    50 Nunnawauk Road
    Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of March 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba