United States District Court
District Of Connecticut

FILED

2005 MAR 17 P 4:00

U.S. DISTRICT COURT
BRIDGEPORT CONN

| |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02 cv 258 (DFM) |
| Vs. | |
| Lynn Milling, et al. | |

Plaintiff's Supplemental Response To
Defendants' Motion For Summary Judgment

On September 10, 2004 and November 4 and 5, 2004
the defendants and their fellow employees were
responsible for in retaliation stealing the plaintiff's
essential legal material property pertaining to this
case. Which has directly resulted in, it now being
legally impossible for the plaintiff to oppose the
defendants' pending motion for summary judgment.
In support of these facts is an accompanying
affidavit by the plaintiff and exhibits of evidence
attached thereto. The plaintiff strenuously and
respectfully requests for this honorable Court to
take the facts and evidence in the accompanying
affidavit and documentary evidence and to
reflect them in the Court's ruling on the

defendants' pending motion for summary judgment. In support of this motion the plaintiff further represents the following :

1. The defendants' filed a motion for summary judgment dated February 17, 2005.

2. The plaintiff filed a two page motion in opposition to defendants' motion for summary judgment dated February 18, 2005. Therein he stated how due to his essential legal material being stolen it is not possible for him to now oppose the defendants' motion.

3. The defendants' filed a "reply" dated February 28, 2005 — which has legally compelled the plaintiff to file this supplemental response with accompanying affidavit and evidence in support.

Wherefore, it is respectfully requested for this Court to take the facts and evidence in the accompanying affidavit and exhibits of evidence and reflect them in its ruling on the defendants' pending motion for summary judgment.

Respectfully Submitted

*Duane Ziemba*

Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of March 2004:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba