United States District Court

District Of Connecticut

FILED
2005 MAR 17 P 4:00
U.S. DISTRICT COURT
BRIDGEPORT-CONN

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02 cv 258 (DFM) |
| vs. | |
| Lynn Milling, et al. | |

### Plaintiff's Affidavit In Support Of Supplemental Response To Defendants' Motion For Summary Judgment

I, Duane Ziemba, hereby under oath declare:

1. I am the pro se plaintiff in the above captioned case.

2. On September 10, 2004 at Northern Correctional Institution -- the prison officials -- the defendants fellow employees -- the defendants who are personally responsible for promoting and condoning the retaliation against me and making me a target of the retaliation, they intentionally in retaliation unlawfully stole a whole box (approximately 48"x 18") of my legal material

property that pertained to this case. Due to, my constitutionally protected litigation against them and their fellow employees.

3. This box of legal material contained voluminous irreplaceable legal documents and records pertaining to this case. Specifically the following: Affidavits by numerous inmates who personally witnessed how I was repeatedly threatened to be transferred out of State in retaliation (before they did in fact do so by transferring me out of State to Nevada), affidavits by several inmates who witnessed the defendants use the excessive force against me, essential medical records which did substantiate the claims stated in this case, that were not in my DOC medical records produced through discovery or therein defendants motion for summary judgment, Nevada prison incident reports and medical records substantiating that I was shot and injured due to the defendants failing to protect me, and records and evidence pertinent to the claims and defenses of this case.

4. The legal material property unlawfully stolen was important evidence/records which I carefully

-2-

collected, and had produced through the Freedom of Information Act and discovery. That did prove and support each claim in this case.

Now, directly due to it was stolen and not returned to me, it is legally impossible for me to oppose the defendants pending motion for summary judgment.

5. Attached hereto as exhibit A, is a true and correct copy of the administrative grievance I filed dated September 17, 2004 (IGP No. 141-05-103), concerning my legal material property being stolen in retaliation on September 10, 2004. Please refer to the top of this grievance thereon I stated the fact that I sent copies to the supervisory officials responsible: Commissioner Lantz, Deputy Commissioner Murphy and District Administrator Acosta. Notwithstanding this significant officially filed grievance (actual and constructive notice), no investigation was conducted, no one from the DOC has even spoken to me or taken my essential statement, and each one of the supervisory officials have failed and refused to have my stolen legal material returned to me.

6. I have been and actively continue to be subjected to the most grotesque, malicious, pervasive harassment and retaliation that one can imagine. The retaliation, which is perpetrated and condoned by Commissioner Lantz and other supervisory officials at the highest levels including the defendants, is not only unconstitutional, degrading and dehumanizing in the extreme, but has caused serious permanent physical and legal damages.

7. On November 4 and 5, 2004 the blatant unlawful retaliation continued (less than 2 months following the September 10, 2004 incident). The prison officials -- the defendants fellow employees -- the defendants who are personally responsible for promoting and condoning the retaliation against me and making me a target of the retaliation, they ripped up and stole my legal material, unjustifiably sprayed me with excessive mace so that I could not see them or breath, used unnecessary - retaliatory violent excessive force against me and brutally beat me on concrete floor and violently, very intentionally, broke my right wrist (writing hand) so I could not write anylonger, following this excessive force

they stated to me the following: "that this is their house and I won't get away with suing them", and that "they broke my right wrist so I can't write anymore" (sue them), and repeatedly they stated: "you piece of shit." Deliberately they denied me needed medical treatment for my broken Ⓡ wrist and the other inflicted serious injuries, and they severely physically tortured me in restraints (following them violently breaking my Ⓡ wrist and while it was broken) on November 4 and 5, 2004.

8. Attached hereto as exhibit B, is a true and correct copy of attorney Antonio Ponvert's letter dated November 9, 2004 to Commissioner Theresa Lantz, concerning the September 10, 2004 incident of my whole box of legal material being stolen, and the November 4 and 5, 2004 events of my legal material being ripped up and stolen, and the violent excessive force (broken Ⓡ wrist), inter alia. Commissioner Lantz has failed and refused to act on this letter, failed to have an investigation conducted, failed to take action to remedy the wrongs, and has failed to have my stolen legal material returned to me.

9. Attached hereto also as exhibit B, is a true and correct copy of a second letter by attorney Ponvert III dated November 23, 2004 to Commissioner Lantz. Which is a follow up to his first letter to Lantz dated November 9, 2004.
Because ultimately Lantz the Supervisory Official responsible has failed utterly, and refused to act on the first letter (and the second one), failed to respond (intentionally), failed to have an investigation conducted (intentionally) in complete violation of her own Administrative Directive 1.10 Investigations, failed to remedy the wrongs (intentionally), failed to take action to have my stolen legal material returned to me (intentionally), failed to take any disciplinary action (to promote retaliation due to lawsuits) against her subordinates guilty of the serious crimes and inflicted grave bodily injuries to me, in violation of her own Administrative Directive 2.6 Employee Discipline, and she has and actively continues to condone and approve and promote the retaliation and serious unlawful violations. Incredibly, her subordinates in overt retaliation (clear excessive force) violently broke my right wrist, when I did not assault or attempt to assault or harm anyone (the only thing I did was

respectfully exercise my right to access to the Courts through litigation), and even after this grave bodily damage being inflicted Lantz has intentionally continued to fail to take action to stop the retaliation.

10. Attached hereto as exhibit C, is a true and correct copy of administrative grievance I filed dated November 30, 2004 concerning the November 4 and 5, 2004 events of my legal material being stolen, and the violent excessive force, inter alia. Please refer to the top of this grievance thereon I stated how I sent copies to the Supervisory Officials responsible: Commissioner Lantz, Deputy Commissioner Murphy and District Administrator Acosta. Notwithstanding this significant officially filed grievance, no investigation has been conducted (intentionally), no one from the DOC has even spoken to me or taken my essential statement as the victim of these very serious crimes (grave bodily injuries), Intentionally They Have Failed To Do So, and each one of these Supervisory Officials have intentionally failed and refused to have my stolen legal material returned to me.

11. Attached hereto as exhibit D, is a true and correct copy of medical administrative grievance dated January 19, 2005 concerning them violently -- in sole retaliation due to my respectful litigation -- breaking my right wrist (known writing hand) and denying me adequate medical treatment for this serious condition they hands on violently inflicted.

12. Attached hereto as exhibit E, is a true and correct copy of letter by Pamela Ziemba (my mother) dated December 10, 2004 to Commissioner Lantz, concerning the November 4 and 5, 2004 events of ripped up and stolen legal material, and excessive force, inter alia. Incredibly, to date Lantz as the Supervisory Official has failed to act on this letter (intentionally), failed to respond to these serious unlawful violations (intentionally), failed to have an investigation conducted (intentionally), failed to have my essential statement taken as victim (intentionally), failed to have my stolen legal material returned to me (intentionally), and has failed and refused to take action to stop the Unconstitutional retaliation, fear, intimidation (intentionally).

13. Attached hereto as exhibit F, are true and correct copies of 39 letters I personally wrote dated: November 15, 25, December 6, 8, 10, 13, 27, 2004. January 3, 5, 6, 10, 12, 19, 21, 26, 31, 2005 and February 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 and 23, 2005 - to Governor Jodi Rell, Commissioner Theresa Lantz and Deputy Commissioner Brian K. Murphy. Concerning the unlawfulness, corruption, retaliation, the November 4 and 5, 2004 events, inter alia. I have been so persistant because I have been violently, gravely, painfully, injured and physically tortured and my important legal material has been repeatedly destroyed and stolen.

14. Incredibly, Governor Rell, Commissioner Lantz and Deputy Commissioner Murphy have all failed and refused to act on my above 39 letters (at exhibit F.), and shockingly they have each failed to respond (39 times) -- I have not received any response whatsoever (intentionally). Emphasis added: The Commissioner Lantz and Deputy Commissioner Murphy, the supervisory officials responsible have both failed utterly, uniformly and repeatedly to enforce or comply with their own Department's Administrative

Directives 1.10 Investigations, and 2.6 Employee Discipline. Notwithstanding the clear extremely serious unlawful conduct by their staff, Notwithstanding that their staff hands on unjustifiably violently inflicted grave bodily injuries to me, notwithstanding that their staff have repeatedly ripped up and stolen my legal material, and notwithstanding the fact that Attorney Ponvert via facsimile and certified mail sent them two (2) letters of notice of these unlawful violations (See exhibit B), and Pamela Ziemba sent them a letter of notice of these unlawful violations (See exhibit E), and I sent them 39 letters of notice of these unlawful violations (See exhibit F), and that I sent them copies of my several grievances filed on these unlawful violations (See exhibits A and D) -- Over three months later now, they have very intentionally failed to act on these unlawful violations, blatantly refused to even respond to this unlawfulness, failed to remedy the wrongs, intentionally failed to have an investigation conducted, intentionally have violated their very own Directives 1.10 and 2.6, intentionally failed to discipline violators, have very intentionally failed to take action to

Stop the Unconstitutional retaliation and intimidation, and have blatantly refused to take action to have my stolen legal material returned to me (intentionally to stop, hinder and damage litigation - access to the Court - against them and their fellow employees).

15. Directly due to my legal material being intentionally stolen in retaliation as is described in the foregoing, it is legally impossible for me to file a motion in opposition to oppose the defendants' pending motion for summary judgment.

> Respectfully Submitted
> Duane Ziemba
> Duane Ziemba #128963
> Garner C.I.
> 50 Nunnawauk Road
> Newtown, CT. 06470

I declare under penalty of perjury that the

foregoing is true and accurate to the best of my knowledge and belief.

Signed: *Duane Ziemba*
Duane Ziemba

Dated: March 14, 2005

Sworn and subscribed before me on this _____ day of _____, 2005.

_____
Notary Public

I, Duane Ziemba, hereat Garner C.I. have been deliberately denied a Notary. Therefore pursuant to 28 U.S.C. § 1746, I declare, certify and state under penalty of perjury that the foregoing is true and correct.

Signed *Duane Ziemba*
Duane Ziemba

Dated: March 14, 2005

-12-

<u>Certification</u>

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of March 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
    Duane Ziemba

-13-