02cv258mext

# United States District Court
## District Of Connecticut

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02 cv 258 (DFM) |
| vs. | |
| Lynn Milling, et al. | August 3, 2005 |

### Plaintiff's Motion For Extension Of Time To File A Response To Defendants' Motion For Summary Judgment

The pro se plaintiff respectfully moves for a 60 day extension of time up to October 18, 2005 to file a response to the defendants' pending motion for summary judgment. Plaintiff requires this additional time due to his accompanying "motion for an order for defendants to produce entire case file", should be ruled on first.

Wherefore, a 60 day extension of time should be granted.

Respectfully Submitted

*Duane Ziemba*
Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, C.T. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of August 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

-2-