02cv258mord
prisoner

# United States District Court
## District Of Connecticut

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02 cv 258 (DFM) |
| VS. | |
| Lynn Milling, et al. | August 3, 2005 |

## Plaintiff's Motion For An Order For Defendants To Produce Entire Case File

The plaintiff hereby respectfully moves this honorable Court for an order ordering the defendants to produce an entire copy of this case file, any and all documents, to the pro se incarcerated plaintiff. In support of this motion the plaintiff represents the following:

1. By order of this honorable Court dated July 27, 2005, the Court ordered that: "the plaintiff shall file his response to the motion for summary judgment within twenty-one days of the date of this order."
Note: Id. plaintiff prior hereto did not file

a motion in opposition to the defendants' motion for summary judgment, Id., due to the Department of Correction employees stole the plaintiff's legal material (records and evidence of this case) in September and November 2004.

2. To comply with the order by this Court it would not only be helpful, but it is essential for the plaintiff to have receipt of the entire case file of this case, any and all documents, responses by the defendants to Interrogatories, Request For Admissions, etc. The plaintiff is totally lost right now without the above (due to it being stolen), and it's extremely prejudicial for him to even attempt to oppose the defendants' pending motion, until first the above is produced.

3. The defendants under the circumstances should freely produce a copy of the case file, Indeed the defendants have vast resources and it would be no problem for them to be reasonable and produce to the plaintiff a copy of their case file.

Wherefore, for all the foregoing reasons this honorable court should grant an order for the defendants to produce a copy of the case file.

Respectfully Submitted

Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of August 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba