UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV258(DFM) |
| VS. | : | |
| | : | |
| LYNN MILLING, ET AL. | : | AUGUST 12, 2005 |

## MEMORANDUM IN OPPOSITION TO MOTION TO PRODUCE FILE

The defendants in the above-captioned matter oppose the plaintiff's motion that they reproduce for plaintiff "the entire case file", including discovery, consisting of four large boxes of discovery, and based on plaintiff's bald, unsubstantiated allegation that his legal property was stolen.

Defendants note that plaintiff claims his property was stolen by unnamed correctional personnel in September and November 2004.  He did not make this claim contemporaneously with the alleged "stealing" but months later, after receiving defendants' lengthy motion for summary judgment with attachments in February of 2005.

The defendants note that the plaintiff provides nothing to support his allegation of stealing other than his own allegation.  The plaintiff alleged in his pleading at Docket No. 89 that this first "stealing" allegedly occurred on September 10, 2004.  See Affidavit at Docket No. 89. The plaintiff claimed that a single large box of legal material was taken and that this single box contained:

> Affidavits by numerous inmates who personally witnessed how I was repeatedly threatened to be transferred out of State in retaliation, . . . affidavits by several inmates who witnessed the defendants use the excessive force against me, essential medical records which did not substantiate the claims stated in this case, <u>that</u> were not in my DOC medical records produced through discovery or therein defendants motion for summary judgment.

Defendants respectfully submit that they are not in possession of any such affidavits or medical records, having produced all that were in their possession, and having never received copies of any such affidavits or medical records from plaintiff. So reproducing documents in their possession would be futile.

The plaintiff next claims that additional legal materials were taken on November 4th and November 5, 2004; apparently upon his transfer to Garner Correctional Institution on November 4, 2005.

The plaintiff does not specify what materials were allegedly taken on this date or how they would help his case.

The defendants submit that plaintiff, a plaintiff in 15 federal cases, is using this litigation to harass and annoy, as he is using this frivolous motion, and respectfully oppose the motion.

                                                DEFENDANTS,
                                                Lynn Milling, et al.

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY:____/s/_____
      Lynn D. Wittenbrink
      Assistant Attorney General
      Federal Bar No. ct08575
      110 Sherman Street
      Hartford, CT  06105
      Telephone No.: (860) 808-5450
      Fax No.: (860) 808-5591
      email: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 12th day of August, 2005:

Duane Ziemba, Inmate No. 128963
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT  06470


　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　Lynn D. Wittenbrink
　　　　　　　　　　　　　　　　　　　Assistant Attorney General