UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV258(DFM) |
| VS. | : | |
| | : | |
| LYNN MILLING, ET AL. | : | OCTOBER 6, 2005 |

**MEMORANDUM IN OPPOSITION TO "PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER DATED JULY 27, 2005 AND TO OPPOSE MOTION FOR SUMMARY JUDGMENT"**

The defendants hereby oppose the plaintiff's motion dated September 19, 2005 and found at Document 96 in which the plaintiff claims he needs an extension of time to respond to defendants' February 18, 2005 Motion for Summary Judgment partly "due to the defendants have defied the court's order dated August 30, 2005—by failing to produce the ordered documents to the plaintiff so that he can oppose said Motion for Summary Judgment."

The plaintiff treats this as a discovery matter, claiming he has "informally attempted to resolve this matter with counsel for the defendants." He argues, "But to date counsel has failed to respond or to resolve the matter."

The plaintiff's claims are without basis in several respects. First, the defendants have in no way defied this Court's August 30, 2005 order. The defendants, through counsel, responded on September 1, 2005 by corresponding with the plaintiff and sending him copies of discovery requests that had already been sent to him on a previous occasion. The plaintiff did send a letter to the undersigned counsel claiming that defendants' response to the Court order was insufficient, and counsel promptly responded to the plaintiff via written correspondence on September 14, 2005, prior to the plaintiff's current motion. See cover letter dated September 1,

2005, attached, as well as letter dated September 14, 2005, attached.  The defendants have complied with every order of this Court and with every discovery obligation the plaintiff's claims and accusations notwithstanding.  The defendants strongly oppose plaintiff's statement that he seeks an order for compliance or contempt, and note that he has not provided sufficient basis to the Court for either.

      The plaintiff claims that without certain documents, he is unable to respond to defendants' summary judgment motion, and he has consistently stated this.  The defendants do not have in their possession nor does their counsel have in her possession the documents plaintiff claims will enable him to respond to the summary judgment motion.  No matter what the Court orders with regard to plaintiffs' motion for an extension of time or what the Court orders the defendants to produce, if the defendants are not able to provide the plaintiff with the documents he seeks as they are not possessed of them, the defendants cannot be held in contempt and the plaintiff will be unable to respond to the Motion for Summary Judgment.

```
                                        DEFENDANTS,
                                        Lynn Milling, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                                BY:     ___/s/_____
                                        Lynn D. Wittenbrink
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Federal Bar #ct08575
                                        Telephone No.: (860) 808-5450
                                        Fax No.: (860) 808-5591
                                        lynn.wittenbrink@po.state.ct.us
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of October 2005:

Duane Ziemba, Inmate No. 128963
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470


                                        __/s/_____
                                        Lynn D. Wittenbrink
                                        Assistant Attorney General