<u>United States District Court
District of Connecticut</u>

FILED
2005 OCT 17 P 4:39
DISTRICT COURT
BRIDGEPORT, CONN.

Duane Ziemba | Civil Action No.
| 3:02 cv 258 (DFM)
vs. |
|
Lynn Milling, et al. | October 11, 2005

<u>Motion For Contempt Against Defendants
And Their Counsel -- And Reply To
Defendants' Memorandum In Opposition To
Plaintiff's Motion For Extension Of Time To
Comply With Court's Order Dated July 27,
2005</u>

The plaintiff hereby respectfully addresses the facts in chronological order;

1. This honorable Court via its Ruling And Order dated August 30, 2005, ordered: the defendants "<u>Shall</u> produce copies within fourteen days ... <u>Shall</u> forward a copy to the plaintiff of the defendants' responses to his interrogatories, request for admission and request for production of documents."

2. Attached hereto as Exhibit A is a true and correct copy of plaintiff's letter to Defs'. counsel dated 9/8/05 - which proves how, in fact, the defendants and counsel have blatantly failed to comply with the Court's 8/30/05 order, and are unequivocally in contempt.
This letter clearly states the facts of:
"Incredibly you (Counsel for Defs'.) have unlawfully stripped all of the Exhibits and attached documents from the following Request For Admissions and Interrogatories (which via your letter dated 9/1/05 you just produced to me): the 15 sets of Request For Admissions served on John Armstrong; the 3 Sets of Request For Admissions Served on Larry Myers; the Request For Admissions Served on Wollenhaupt; and Defendant Wollenhaupt's Responses To Interrogatories Dated December 30, 2002.

3. Please See Exhibit A attached hereto, same 9/8/05 letter to counsel for Defs'., plaintiff stated the facts: "Moreover, you have knowingly and very intentionally unlawfully stripped each one of the above Request For Admissions and Interrogatories of their attached Exhibits and attached documents of evidence. The Exhibits and documents that I

officially made a part of these discovery motions are a permanent part of these motions. You do not have any legal right to of stripped these motions of all said Exhibits/Documents. Please immediately correct this violation and comply with the Court's order by producing complete copies, not unlawfully stripped copies, of the foregoing."

4. Defs.' counsel responded via her 9/14/05 letter, stating: "Please clarify what you mean by Stripped?"

5. Plaintiff responded to Defs'. counsel via his 9/20/05 letter – See it at attached hereto as Exhibit B. Please see, plaintiff did very clearly clarify the facts.

6. In response Defs.' Counsel has continued to blatantly defy the Court's order and it is indisputable she is in Contempt. Because the "Unlawfully" Stripped documents have not been produced. Notwithstanding these extremely serious violations, counsel filed her "Memorandum" and has failed to produce said "Unlawfully Stripped" documents. Therein this (recently filed Memorandum dated 10/6) Memorandum counsel has overtly lied to this

-3-

Court, by alleging: "First, the defendants have in no way defied this Court's August 30, 2005 order." But they have in fact done so and actively continue to do so.    And the further overt lie is: "The defendants do not have in their possession nor does their counsel the documents plaintiff claims will enable him to respond to the summary judgment motion."
But they do have the said "Stripped" documents, because they were plaintiff's essential evidence herein this ▇▇▇ case originally attached to the said Request For Admissions and Interrogatories -- Id. Plaintiff's copies were stolen and Id. this Court ordered the defendants to produce above to plaintiff. Id. In response ▇▇▇ Defs'. Counsel has "Unlawfully Stripped" all essential documents from above.             Contempt Is Legally Mandated.

    Wherefore, this honorable Court should grant this motion for Contempt. The record clearly reflects how prejudicial this Court is against the pro-se plaintiff. To deny this motion shall be further prejudicial/a travesty. And Defs'. Counsel shall face civil liabilities for unlawfully stripping said documents.

-4-

Respectfully Submitted

*Duane Ziemba*
Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 11th day of October 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By *Duane Ziemba*
Duane Ziemba