# Exhibit "A"

49

Lynn D. Wittenbrink         September 8, 2005
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Re: Ziemba v. Milling, et al. No. 3:02 cv 258 (DFM)
Certified - Attempted Informal Resolution

Dear Attorney Wittenbrink

    I am in receipt of your letter dated 9/1/05, with enclosed prior discovery. You have failed to comply with the Court's Order dated August 30, 2005. Therefore I am hereby respectfully requesting immediate compliance with the Court's order. Please Know, you are wrong, Unequivocally I have not ever harassed you or the defendants and I do not do so now.

    The failure of said compliance is: Incredibly you have unlawfully stripped all of the Exhibits and attached documents from the following Request For Admissions and Interrogatories (which via your letter dated 9/1/05 you just produced to me): the 15 Sets of Request For Admissions Served On John Armstrong; the 3 Sets of

Request For Admissions Served On Larry Myers; the Request For Admissions Served on Wollenhaupt; and Defendant Wollenhaupt's Responses To Interrogatories Dated December 30, 2002.

Moreover, you have Knowingly and very intentionally unlawfully stripped each one of the above Request For Admissions and Interrogatories of their attached Exhibits and attached documents of evidence. The Exhibits and documents that I officially made a part of these discovery motions are a permanent part of these motions. You do not have any legal right to of Stripped these motions of all Said Exhibits/Documents. Please immediately correct this violation and comply with the Court's order by producing complete copies, not unlawfully stripped copies, of the foregoing.

I do sincerely appreciate and thank you for your time and help in this matter.

Sincerely, Duane Ziemba
Duane Ziemba  #128963
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

-2-

# Exhibit "B"

66

Lynn D. Wittenbrink                September 20, 2005
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Re: Ziemba vs. Milling, et al. No. 3:02 cv 258 (DFM)

Dear Attorney Wittenbrink

    I am in receipt of your letter dated 9/14/05. You asked me to: "Please clarify what I mean by Stripped. Also, if I have these, why do I want them again.?"
My response is: you Stripped all of the essential exhibits of evidence from the Request For Admissions and Interrogatories you recently produced to me. I need these exhibits of evidence produced and produced according to how I had them attached thereto so I know whereat they belong. And 2nd, I don't have these, never stated I do, as they ~~the~~ were Stolen. Please know that I am not harassing you by kindly requesting the above.

    Sincerely, ~~Duane Ziemba~~/Duane Ziemba
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470