United States District Court
District of Connecticut

FILED
2005 NOV 21 P 2: 41
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

vs.

Lynn Milling, et al.

Civil Action No.
3:02 cv 258 (DFM)

November 17, 2005

## Plaintiff's Motion In Opposition To Defendants' Motion For Summary Judgment

The plaintiff hereby respectfully opposes the defendants' motion for summary judgment in its entirety. Accompanying this motion in support is a Memorandum of law, a Local Rule 56 (a) 2 Statement, affidavits and other documentary evidence.

The defendants' motion is demonstrably patently frivolous, and since there are clear genuine issues of material fact in dispute, the defendants are not entitled to judgment. Live testimony at trial must be heard and credibility determined in order to arrive at a fair result.

Wherefore, for all of the reasons advanced herein, and such others the Court might discern, the

plaintiff entreats this Court to deny the defendants' motion.

      Respectfully Submitted
      The Plaintiff - Pro Se
      Duane Ziemba
      Duane Ziemba #128963
      Garner C.I.
      50 Nunnawauk Road
      Newtown, CT. 06470

  Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of November 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

        By: Duane Ziemba
         Duane Ziemba