United States District Court
District Of Connecticut

FILED
2005 NOV 21 P 2: 42
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| Duane Ziemba | Civil Action No. 3:02 cv 258 (DFM) |
| vs. | |
| Lynn Milling, et al. | November 17, 2005 |

## Exhibits -- Affidavit -- In Support Of Opposition To Defendants' Motion For Summary Judgment

I, Duane Ziemba, hereby declare under penalty of perjury:

1. Attached hereto as Exhibit A is a true and correct copy of Newspaper article from the Hartford Courant dated June 6, 2004;

2. Attached hereto as Exhibit B is a true and correct copy of State Police investigation, C98-208439;

3. Attached hereto as Exhibit C is a true and correct copy of letter by Pamela Ziemba dated September 1, 1998 to defendant Armstrong;

104

4. Attached hereto as Exhibit D is a true and correct copy of three photos dated 9/27/98, Incident Report by Jose M. Santa dated 9/27/98, Medical Incident Report and Medical Records from 9/27/98, Diagnostic Radiologic Report dated 10/1/98, letter by CT. Ombudsman James C. Amis dated 12/8/98, Telefax dated 10/16/98, letter by defendant Armstrong dated 10/20/98, and letter by plaintiff dated 9/1/99;

5. Attached hereto as Exhibit E is a true and correct copy of letter by Gomez dated 8/19/98, and 8/19/98, letter by Rodriguez dated 8/19/98, Rooting form dated 11/19, 12/3, 12/17 and 12/22/98, letter by Brooks dated 2/3/99 and DOC Investigation Re: S.D. 98-38;

6. Attached hereto as Exhibit F is a true and correct copy of two (2) letters by defendant Armstrong to plaintiff dated September 23-29, 1998;

7. Attached hereto as Exhibit G is a true and correct copy of letter by State Senator Billy Ciotto to defendant Armstrong dated 12/29/98;

8. Attached hereto as Exhibit H is a true and correct copy of Print Out stating all plaintiff's

105

-2-

Federal Court civil actions, letter by Antoria D. Howard dated 12/2/99, and 3 page redacted sheets;

9. Attached hereto as Exhibit I is a true and correct copy of the Amended Complaint of civil action No. 3:98 cv 2344 (JCH)(HBF);

10. Attached hereto as Exhibit J is a true and correct copy of Defendants' Responses to Plaintiff's Interrogatories Served On Defendant John Armstrong Dated November 12, 1999; in civil action No. 3:98 cv 2344 (JCH)(HBF);

11. Attached hereto as Exhibit K is a true and correct copy of two Grievances filed by the plaintiff dated February 8, 1999 - IGP No. 141-99-086 and 141-99-087;

12. Attached hereto as Exhibit L is a true and correct copy of Defendant Wollenhaupt's Responses to Interrogatories Dated December 30, 2002;

13. Attached hereto as Exhibit M is a true and correct copy of Memorandum by plaintiff dated April 18, 2001, letters dated July 12, 29, 2001, August

106

-3-

10, 21, 29, 2001, Memorandum dated September 4, 2001 and September 13, 2001, and Inmate Grievance IGP No. 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;

14. Attached hereto as Exhibit N is a true and correct copy of Inmate Grievance filed by plaintiff dated December 5, 2000 and Appeals thereto dated January 5 and February 5, 2001;

15. Attached hereto as Exhibit O is a true and correct copy of Inmate Grievance filed by plaintiff IGP No. 00-002;

16. Attached hereto as Exhibit P is a true and correct copy of Inmate Grievance filed by plaintiff dated October 18, 2000 and Appeals thereto dated 11/18/00 and 12/18/00, and Grievance IGP No. 01-001, letters by plaintiff dated June 22, July 5, 16, 22, August 3, 13, 24, 30, September 16, 2001, January 9, April 24 and July 20, 2002;

17. Attached hereto as Exhibit Q is a true and correct copy of Inmate Grievance IGP No. 02-007;

18. Attached hereto as Exhibit R is a true and correct copy of Inmate Grievance filed by plaintiff

107

-4-

dated October 4, 2000, and letters dated May 22, June 22, July 7, 18, 20, August 5, 15, 26, 30, September 12 and 15, 2001;

19. Attached hereto as Exhibit S is a true and correct copy of Grievance IGP No. 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, Memorandum dated April 18, 2001, letter dated July 11, 2001, letter dated July 28, 2001, letter dated August 9, 2001 and Memorandum dated September 4, 2001;

20. Attached hereto as Exhibit T is a true and correct copy of Grievance IGP No. 01-007;

21. Attached hereto as Exhibit U is a true and correct copy of Grievance IGP No. 00-006, and letters by plaintiff dated May 20, June 22, July 3, 14, 23,, August 2, 8, 20, 30, 26 and September 17, 2001;

22. Attached hereto as Exhibit V is a true and correct copy of Inmate Grievance filed by plaintiff dated January 19, 2002 and Appeals thereto dated January 24 and 30, 2002;

23 Attached hereto as Exhibit W is a true and correct copy of Motion For Return Of Petitioner To CT. dated 1/23/02 and Ruling by the Court

108
-5-

that granted said motion dated 2/6/02;

24. Attached hereto as Exhibit X is a true and correct copy of Defendant Fred Levesque's Responses To Interrogatories Dated December 30, 2002;

25. Attached hereto as Exhibit Y is a true and correct copy of Defendant Lynn Milling's Responses to Interrogatories Dated December 30, 2002;

26. Attached hereto as Exhibits Z, AA, BB, CC, DD, EE, FF, GG, HH, II, JJ, KK, LL, MM, NN – are true and correct copies of disciplinary reports and documentation relevant thereto;

27. Attached hereto as Exhibit OO is a true and correct copy of inmate Angel Caballero #214362, disciplinary history, disciplinary charges, photos, criminal charges while incarcerated, arrest warrants, letter by Warden Choinski dated 9/30/03, Memo by Mark R. Suse dated 10/8/03 and an affidavit by Angel Caballero #214362.

109

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed: Duane Ziemba
Duane Ziemba #128963

Dated: November 14, 2005

Respectfully Submitted
Duane Ziemba / Duane Ziemba #128963
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of November 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By Duane Ziemba
Duane Ziemba