UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DUANE ZIEMBA** : | CIVIL ACTION NO. |
| : | 3:02 CV 00258 (DFM) |
| **Plaintiff,** : | |
| : | |
| V. : | |
| : | |
| **JOHN ARMSTRONG, BOSQUET, DAVIS** : | |
| **DOUGLAS EUGENE, FRED LEVESQUE,** : | |
| **MATOS, LYNN MILLING, LARRY MYERS** : | |
| **AND PATTY WOLLENHAUPT** : | |
| : | |
| **Defendants.** : | **MAY   , 2006** |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

The parties, having resolved this matter, agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1) of Federal Rules of Procedure with prejudice.

The Plaintiff,                                           The Defendants,

_Duane Ziemba  May 11, 2006_            _Lynn D. Wittenbrink_
Duane Ziemba                                         Lynn D. Wittenbrink
274 Plaza Drive                                      Attorney General's Office
Middletown, CT 06457                                 110 Sherman Street
Pro Se                                               Hartford, CT 06105-2294
                                                     (860)808-5450
                                                     (860)808-5591 (fax)
                                                     lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

Duane Ziemba
274 Plaza Drive
Middletown, CT 06457

Jim Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

5-15-06
_____
Date

_____
~~Lynn D. Wittenbrink~~
Matthew Beizer, AAG