UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


Duane Ziemba

V.                          Case Number:  3:02cv258(DFM)

Lynn Milling, et al


NOTICE TO COUNSEL
--------------------


    The above-entitled case was reported to the Court on <u>May 3, 2006</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on June 2, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Bridgeport, Connecticut, May 16, 2006.


KEVIN F. ROWE, CLERK

By: ___/s/_____
    Rody Jaiman
    Deputy Clerk