103

SO ORDERED. 5/17/06.
/s/ [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL ACTION NO. |
| | : | 3:02 CV 00258 (DFM) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| JOHN ARMSTRONG, BOSQUET, DAVIS | : | |
| DOUGLAS EUGENE, FRED LEVESQUE, | : | |
| MATOS, LYNN MILLING, LARRY MYERS | : | |
| AND PATTY WOLLENHAUPT | : | |
| | : | |
| Defendants. | : | MAY    , 2006 |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

The parties, having resolved this matter, agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1) of Federal Rules of Procedure with prejudice.

The Plaintiff,

*Duane Ziemba*  May 11, 2006
Duane Ziemba
274 Plaza Drive
Middletown, CT 06457
Pro Se

The Defendants,

*Lynn D. Wittenbrink*
Lynn D. Wittenbrink
Attorney General's Office
110 Sherman Street
Hartford, CT 06105-2294
(860)808-5450
(860)808-5591 (fax)
lynn.wittenbrink@po.state.ct.us